# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                        :        NO. 500
                                              :
ORDER ADOPTING NEW RULE 113.1,   :        CRIMINAL PROCEDURAL RULES
AMENDING RULES 560 AND 575 AND   :
REVISING THE *COMMENT* TO RULE    :        DOCKET
578  OF THE PENNSYLVANIA RULES    :
OF CRIMINAL PROCEDURE            :


## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2018, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 47 *Pa.B.* 4674 (August 12, 2017)*,* and a *Final Report* to be published with this **ORDER:**

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Criminal Procedure 113.1 is adopted, Rules of Criminal Procedure 560 and 575 are amended and the *Comment* to Pennsylvania Rule of Criminal Procedure 578 is revised, in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 6, 2018.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.